# Court of Appeals
# of the State of Georgia

ATLANTA,  January 09, 2023

*The Court of Appeals hereby passes the following order:*

## A23A0529. CARL BOENINGER v. PATRICIA BOENINGER.

Carl Boeninger filed this direct appeal of the trial court's final judgment and decree of divorce and the denial of his motion for new trial. We lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (punctuation omitted). The appellant's failure to follow the discretionary appeals procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/09/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.